JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0929
    Facsimile: (213) 894-7819
    E-mail: Yujin.Chun@usdoj.gov

Attorneys for Real Party-Defendant in Interest
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAMID KONDORI,<br><br>    Plaintiff,<br><br>v.<br><br>FAYSAL YAFI, M.D.; and DAVID W. BARHAM, M.D., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  SACV 25-439<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 2679(d)(2)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d)(2), the United States Attorney, on behalf of the real party-defendant in interest United States of America, hereby removes the above-captioned action from the Superior Court of the State of California for the County of Orange to this Honorable Court. The grounds for removal are as follows:

1. On February 13, 2024, plaintiff Shawn Hamid Kondori ("Plaintiff") filed a complaint in the Superior Court of California for the County of Orange, Case No. 30-2024-013786560-CU-MM-WJC (the "State Action"), naming as defendants Faysal Yafi, M.D., David W. Barham, M.D., and the Regents of the University of California. The court docket is attached as **Exhibit 1**.
2. Defendant David W. Barham, M.D. was a federal employee working within the course and scope of his employment in the events alleged in the State Action complaint. Under 28 U.S.C. § 2679(d)(2), the United States of America will be substituted as defendant in place of Dr. Barham shortly after removal.
3. This action may be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2), because Defendant Barham was acting within the course and scope of his employment with the United States of America at all times material to the allegations contained in the Complaint. A duly executed Certification of the Acting Chief of the Civil Division for the Central District of California, attesting to the foregoing, is attached as **Exhibit 2**. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States which purportedly occurred in the course and scope of employment. 28 U.S.C. § 1346(b).
4. Since Plaintiff brought this action in Orange County, this Court is the proper court

to hear this action.

5. The United States of America is the real party-defendant in interest herein, not Dr. Barham. Moreover, as the real party-defendant in interest, United States of America, is entitled to remove this action. *See, e.g., La Russo v. St. George's Univ. Sch. of Med.*, 747 F.3d 90, 96–97 (2d Cir. 2014) ("The unstated premise . . . is that the concept of a 'real party defendant in interest' is not only entirely valid, it is an important aspect of removal jurisprudence, despite the absence of the phrase from Rule 17 or elsewhere in the Federal Rules of Civil Procedure").

6. In addition, the United States of America intends to assert various defenses based on federal law, including, among other things, that Plaintiff has failed to exhaust his administrative remedies before filing suit under the Federal Tort Claims Act.

7. Removal is timely under 28 U.S.C. § 2679(d)(2) because the trial of the case has not yet commenced.

8. Plaintiff has not served Dr. Barham or the United States of America.

9. As this notice is being filed on behalf of the United States, no bond is required under the terms of 28 U.S.C. § 2408 and 2679(d)(2).

WHEREFORE, the United States of America removes this action now pending in the Superior Court of the State of California for the County of Orange, Case No. 30-2024-013786560-CU-MM-WJC to the United States District Court for the Central District of California.

Dated: March 6, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　/s/ Yujin Chun
YUJIN CHUN
Assistant United States Attorney

Attorneys for Real Party-Defendant in Interest
United States of America