UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN HAMID KONDORI**, <br><br>                    Plaintiff, <br><br> v. <br><br> **FAYSAL YAFI, M.D.**, et al., <br><br>                    Defendants. | Case No. 8:25-cv-00439-SRM-KES <br><br> **ORDER STRIKING MOTION TO CONTEST SCOPE-OF-EMPLOYMENT CERTIFICATION, TO VACATE SUBSTITUTION OF THE UNITED STATES, AND FOR REMAND [23]** |

Plaintiff Shawn Hamid Kondori filed a Motion to Contest Scope-of-Employment Certification, to Vacate Substitution of the United States, and for Remand. Dkt. 23.

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the motion is filed. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.*

The Court's Standing Order coextensively governs the meet-and-confer process and imposes additional requirements. *See* Dkt. 11. That order requires parties to "meet and confer either by videoconference or in person. Email correspondence is insufficient."

*Id.* at 11. "The moving party must include a truthful representation of full compliance with Local Rule 7-3 in the signed notice of motion, stating that the parties 'thoroughly discussed the substance and potential resolution of the filed motion [by videoconference or in person].'" *Id.* The Court cautioned the parties that it "strictly enforces Local Rule 7-3[.]" *Id.*

While Kondori complied with Local Rule 7-3's meet-and-confer requirements, there is no indication that Kondori complied with the Standing Order's requirement that the conference occur by videoconference or in person.

For this reason, the Motion to Contest Scope-of-Employment Certification, to Vacate Substitution of the United States, and for Remand is **STRICKEN**.

**IT IS SO ORDERED.**

Dated: September 16, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE